# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1652

_____

Duane Wright,                       *
                                      *

     Plaintiff - Appellant,        *
                                      *    Appeal from the United States
v.                               *    District Court for the
                                      *    Southern District of Iowa.
Gerardo Acevedo, Warden, et al.,     *
                                      *        [UNPUBLISHED]
     Defendants - Appellees.      *

_____

Submitted: May 6, 1999
Filed: May 12, 1999

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Duane Wright, an inmate at the Iowa State Penitentiary, sued its former warden, its security director, and members of its Certified Emergency Response Team under 42 U.S.C. § 1983, alleging they used excessive force and denied him adequate medical care during and after a prison uprising. Following a jury trial, the district court[1] entered judgment for defendants. Wright appeals, arguing that he presented evidence establishing his claims of cruel and unusual punishment. After careful review, we are

_____

[1] The HONORABLE CHARLES R. WOLLE, Chief Judge, United States District Court for the Southern District of Iowa.

satisfied that the trial record supports the jury's verdict in favor of all defendants and therefore affirm.  <u>See</u> 8th Cir. Rule 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.